AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

Andres Efrain Ledeno Carreno
_____
_Petitioner_

)
)
)
)
)

v.

)

Case No. _____
             _(Supplied by Clerk of Court)_

Bondi, Pamela ; Lyons, Todd ; Warden, Nassau
County Correctional Center ; Noemi Aristi

)
)
)
)

_____
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

#### Personal Information

1. (a) Your full name: Andres Efrain Ledeno Carreno

   (b) Other names you have used: _____

2. Place of confinement:

   (a) Name of institution: Nassau County Correctional Center

   (b) Address: 100 Carman Avenue, East Meadow, NY 11554

   (c) Your identification number: A#242 357 493

3. Are you currently being held on orders by:

   ☒ Federal authorities      ☐ State authorities      ☐ Other - explain:
   _____

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)

   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:

   (a) Name and location of court that sentenced you: _____

   (b) Docket number of criminal case: _____

   (c) Date of sentencing: _____

   ☒ Being held on an immigration charge

   ☐ Other _(explain)_: _____
   _____
   _____

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.      What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

_____

6.      Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:  U.S. Immigration and Customs Enforcement (ICE) Nassau County Correctional Center, East meadow, NY

(b)  Docket number, case number, or opinion number:  A# 242- 357- 493

(c)  Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

Ongoing ICE Detention without a Bond hearing or Custody Redetermination.

(d)  Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes            ☑ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

_____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

Page 3 of  10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

_____

8.   **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes              ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

_____

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes              ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal:    _____

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes             ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes             ☐ No

If "Yes," provide:

(1) Name of court:    _____

(2) Case number:    _____

(3) Date of filing:    _____

(4) Result:    _____

(5) Date of result:    _____

(6) Issues raised:    _____

_____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes             ☑ No

If "Yes," provide:

(1) Name of court:    _____

(2) Case number:    _____

(3) Date of filing:    _____

(4) Result:    _____

(5) Date of result:    _____

(6) Issues raised:    _____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
        conviction or sentence: _____

_____
_____
_____
_____
_____
_____

11.     **Appeals of immigration proceedings**

        Does this case concern immigration proceedings?

        ☒ Yes                    ☐ No

                If "Yes," provide:

(a)     Date you were taken into immigration custody:   02 | 27 | 2026

(b)     Date of the removal or reinstatement order: _____

(c)     Did you file an appeal with the Board of Immigration Appeals?

        ☐ Yes                    ☒ No

        If "Yes," provide:

        (1) Date of filing: _____
        (2) Case number: _____
        (3) Result: _____
        (4) Date of result: _____
        (5) Issues raised: _____

_____
_____
_____
_____
_____

(d)     Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes                    ☒ No

        If "Yes," provide:

        (1) Name of court: _____
        (2) Date of filing: _____
        (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❏ Yes            ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Petitioner was arrested by ICE while shopping at Target. Petitioner was detained in Nassau County. Removal proceedings are pending and has not received a bond hearing or individualized custody determination. His detention is civil in nature and not punitive.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner is being held in Civil immigration detention without being provided access to a prompt hearing.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes          ☑ No

**GROUND TWO**: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☑ No

**GROUND THREE**: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☑ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☑ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

_____

## Request for Relief

15. State exactly what you want the court to do: Petitioner respectfully requests that this Court issue a Writ of Habeas Corpus and order respondent to provide petitioner with a prompt individualized bond hearing before an immigration Judge at which the government bears the burden of Justifying Continued detention. In the alternative, petitioner requests immediate release from Custody.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _03/01/2026_

_Andres Efrain Culeno Carreno_
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

Page 10 of 10